JEANNE TORSKE
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: jeanne.torske@usdoj.gov

FILED

JUN 24 2020

Clerk, U.S Courts
District Of Montana
Missoula Division

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MELVIN LOUIS WEASEL BOY,<br><br>Defendant. | CR 20-62-BLG-SPW<br><br>INDICTMENT<br><br>POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>Title 21 U.S.C. § 841(a)(1) and<br>Title 18 U.S.C. § 2<br>(Penalty: Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release)<br><br>TITLE 21 PENALTIES MY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

1

That on or about November 27, 2019, near Big Timber, within Sweet Grass County, in the State and District of Montana, the defendant MELVIN LOUIS WEASEL BOY, knowingly and unlawfully possessed, with the intent to distribute, five grams or more of actual methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

A TRUE BILL.   Foreperson signature redacted. Original document filed under seal.

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Warrant: **XX** (Yellowstone County Detention Facility)
Bond:
Summons: