# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 20-62-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| **MELVIN LOUIS WEASEL BOY,** | |
| Defendant. | |

Pending before the Court is a motion to quash the Writ of Habeas Corpus (*Ad Prosequendum*) for Melvin Louis Weasel Boy currently scheduled for August 4, 2020, at 9:00 a.m.   (Doc. 7.)   For good cause shown,

IT IS ORDERED that the Writ of Habeas Corpus (*Ad Prosequendum*) is **QUASHED.**

DATED this 6th day of July, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate