# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **MELVIN LOUIS WEASELBOY,** <br><br> Defendant. | CR 20-62-BLG-SPW <br><br><br> **ORDER QUASHING WARRANT AND ISSUING SUMMONS** |

Upon motion of the United States of America, and for good cause shown,

IT IS ORDERED that the warrant (Doc. 4) issued in this case is QUASHED.

IT IS FURTHER ORDERED that the Clerk of Court issue a summons directing Defendant **Melvin Louis Weasel Boy** to appear before the Court at the James F. Battin U.S. Courthouse at Billings, Montana, on **August 4, 2020 at 9:00 a.m.**

DATED this 6th day of July, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1