IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MELVIN LOUIS WEASEL BOY,<br><br>Defendant. | CR 20-62-BLG-SPW<br><br>PRELIMINARY ORDER OF FORFEITURE |

WHEREAS, in the above case, the United States sought forfeiture of property in the above-captioned person, pursuant to 18 U.S.C. § 924(d) and/or 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11), any firearms and ammunition relating to the February 17, 2021 incident, which may have been violations of 18 U.S.C. 922(g) and/or 21 U.S.C. § 841(a)(1);

AND WHEREAS, on September 28, 2021, the defendant entered a plea of guilty to the indictment, which was accepted by this Court on October 13, 2021, which charged him with possession with intent to distribute controlled substances in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2;

AND WHEREAS, in the plea agreement the defendant agreed to forfeit the firearm and ammunition that was found during the February 17, 2021 incident; the

1

defendant shall forfeit the following property:

- Glock, model 17, 9mm, semi-automatic pistol (S/N: BNMW745);
- magazine;
- ammunition.

AND WHEREAS, by virtue of said guilty plea and agreement to forfeit the firearm and ammunition, the United States is now entitled to possession of the property, pursuant to 18 U.S.C. § 924(d), and/or 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11), and Federal Rule of Criminal Procedure 32.2(b)(2).

ACCORDINGLY, IT IS ORDERED:

1. That based upon the plea of guilty and agreement to forfeit the firearm and ammunition, the United States is authorized and ordered to seize the property described above. This property is forfeited to the United States for disposition in accordance with the law, subject to the provisions of to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. That the aforementioned forfeited property is to be held by the United States, particularly the Bureau of Alcohol, Tobacco, Firearms, and Explosives, Bureau of Indian Affairs, and/or the United States Marshals Service, in its secure custody and control.

3. THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

4. THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 3rd day of January, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge