IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MELVIN LOUIS WEASEL BOY,<br><br>Defendant. | CR 20-62-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for March 18, 2022 at 9:30 a.m., is **VACATED** and reset to commence on **Tuesday, March 15, 2022 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 15th day of February, 2022.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1