# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MELVIN LOUIS WEASEL BOY,<br><br>Defendant. | CR 20-62-BLG-SPW<br><br><br><br>AMENDED FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' *Ex Parte* Amended Unopposed Motion for Final Order of Forfeiture (Doc. 91). Having reviewed the motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A preliminary order of forfeiture was entered on January 3, 2022 (Doc. 73);

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED that:

1. The motion for amended final order of forfeiture (Doc. 91) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States, pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Glock, model 17, 9mm, semi-automatic pistol (S/N: BNMW745); and
- ammunition

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 30th day of August, 2022.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Court Judge

2